UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JULIO JIMENEZ-MORALES,<br><br>　　　　　　Defendant. | Case No. 1:10-cr-00073-BLW<br><br>**ORDER** |

The Court has before it what appears to be a *pro se* request for an estimate of what it would cost the defendant to request certain documents. The Court responds with the following estimates:

1. Docket Sheet = .50 per page for total of approximately $10.00;

2. Indictment = .50 per page for total of $6.00;

3. Plea Agreement = .50 per page for a total of $8.00;

4. Judgment = .50 per page for total of $3.00;

5. PSR = Generally no cost;

6. Plea Hearing Transcript = Approximately $70.00;

7. Sentencing Hearing Transcript = Approximately $80.30. This request must

**ORDER - 1**

be made directly to the Court Reporter at the following address:

Tamara I. Hohenleitner
Official Court Reporter to Honorable B. Lynn Winmill
US Courts - District of Idaho
550 W Fort Street
Boise, ID 83724

The Court notes that the defendant may be able to petition the Court for *in forma pauperis* status if he qualifies, which may allow the Court to provide these documents to him without cost. The Court is not stating that the defendant does qualify; it is only stating that he may want to consider whether to file a petition. Alternatively, the defendant may be able to contact his former attorney who represented him during earlier proceedings in this case, and the attorney may be able to provide him with these documents without cost or at a lower cost. Again, the Court is not saying this is possible, but rather listing it as a possible avenue the defendant may want to pursue.

The Court believes this Order responds to the defendant's current request. If the defendant wishes to actually request these documents or make any other requests, he must file a formal motion, which the Court will consider.

**IT IS SO ORDERED**.

DATED: **June 17, 2013**

B. LYNN WINMILL
Chief U.S. District Court Judge

**ORDER - 2**